```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```



1  **PERRY & SHAPIRO, L.L.P.**            Dated: October 30, 2009
   3300 N. Central Avenue, #2200
2  Phoenix, Arizona 85012
   (602) 222-5711
3  (602) 222-5701 Facsimile             _____
   (847) 627-8802 Facsimile                **SARAH S. CURLEY**
4  AZNotices@logs.com, e-mail             **U.S. Bankruptcy Judge**
   Christopher R. Perry, Bar #009801
5  Jason P. Sherman, Bar #019999
   Attorney for Chase Home Finance LLC
6  [FILE 09-015608 CHE]

7
                    **UNITED STATES BANKRUPTCY COURT**
8                         **DISTRICT OF ARIZONA**

9   In re:                              Case # 2:09-bk-14192-SSC

10  ETHEL M. COUSZINS,                  Chapter 7 Proceedings

            Debtor.
11
    Chase Home Finance LLC, its              **ORDER LIFTING**
12  assignees and / or successors         **THE AUTOMATIC STAY**
    in interest,
13             Movant,                  Re: Real Property located at
                                              638 West Elena Avenue
    v.                                          Mesa, AZ 85210
14
    ETHEL M. COUSZINS, Debtor, and
15  Chapter 7 Trustee Diane M.
    Mann,
16             Respondents.

17       The court finds that a Motion for Relief From the Automatic

18  Stay and a Notice of Filing of the Motion have been filed with

19  the  Court  and  served  upon  interested  parties  in  the  above

20  captioned matter by Chase Home Finance LLC, ("CHASE"), and that

21  good cause exists to grant the Motion for Relief;

22       **THEREFORE, IT IS ORDERED:**

23       1. CHASE, its assignees or successors-in-interest, is hereby

24  granted relief from all stays against lien enforcement including
```

ORDER LIFTING AUTOMATIC STAY            PAGE 1            CASE # 2:09-BK-14192-SSC

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 638 West Elena Avenue, Mesa, AZ 85210 and legally described as:

> LOT 40, ROOSEN MEADOWS 1, ACCORDING TO BOOK 142 OF MAPS, PAGE 44, RECORDS OF MARICOPA COUNTY, ARIZONA

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Sarah S. Curley
U. S. Bankruptcy Court Judge