UST-3 PHX/PCT/FLG, 4-01

DIANE M. MANN
29834 N. CAVE CREEK RD., #118-274
CAVE CREEK, AZ 85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 7 |
| | ) |
| COUSZINS, ETHEL M | ) Case No. 09-14192-PHX-SSC |
| | ) |
| | ) NOTICE OF TRUSTEE'S INTENT |
| | ) TO ABANDON PROPERTY |
| Debtor(s) | ) |
| | ) |

NOTICE IS GIVEN that DIANE M. MANN, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate: 1033 N. Kirby St Gilbert, AZ, 170 E Guadalupe Rd #24 Gilbert, AZ and 1710 S Aaron, Mesa AZ.

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 101, PHOENIX, AZ 85003. A copy of the objection shall be mailed forthwith to the Trustee and his attorney at the following address:

TRUSTEE: DIANE M. MANN, 29834 N. CAVE CREEK RD., #118-274, CAVE CREEK, AZ 85331
ATTORNEY FOR TRUSTEE: ADAM B. NACH, ESQ., LANE & NACH, P.C., 2025 N. THIRD ST., STE 157, PHOENIX, AZ 85004

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

April 6, 2010                              /s/_____
   DATE                                       DIANE M. MANN, Trustee